In the Matter of THOMAS W. JEFFERYS, Appellant, against COMPTROLLER OF THE CITY OF NEW YORK et al., Respondents.

Argued December 4, 1951; decided January 17, 1952.

*Peter Schneider* and *Murray H. Blumenfeld* for appellant.

*Denis M. Hurley, Corporation Counsel* (*Anthony Curreri* and *Seymour B. Quel* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, DYE, FULD and FROESSEL, JJ. CONWAY, J., dissents on the opinion of Mr. Justice COHN in the court below.